UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ERNESTINE BANKS,**

                      **Plaintiff,**

   vs.                                                        1:16-CV-1320
                                                                                   (MAD/DJS)

**AVIS BUDGET GROUP,**

                      **Defendant.**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's motion to dismiss is **GRANTED**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendant's favor and close this case, all in accordance with the Memorandum-Decision and order issued by the Hon. Mae A. D'Agostino, U.S. District Judge on February 15, 2018.

DATED: February 15, 2018

                                                                CLERK OF COURT

                                                                 s/Britney Norton
                                                                 Britney Norton
                                                                 Deputy Clerk